UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORRIS WILLIAMS

    v.                                            Case No. 2:19-cv-271-FtM-38MRM

UNITED STATES OF AMERICA

**UNITED STATES' RESPONSE TO PETITIONER'S AMENDED MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255**

      Petitioner filed an Amended Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255.   Petitioner indicated that the only amendment to the motion is the addition of footnote one.   A quick reading of petitioner's amended motion confirms that footnote one appears to be the only change.   Footnote one references a civil action the petitioner filed to obtain unknown and unidentified documents from the DEA file.

      With respect to footnote one, the United States reiterates its arguments that: (1) petitioner fails to allege anything more than mere speculation about the documents' contents, which is insufficient to carry petitioner's burden on a motion pursuant to 28 U.S.C. § 2255; (2) to the extent the defendant is seeking information related to the confidential informant, the confidential informant did not participate in any of the charged sales, nor did the confidential informant testify at trial; and (3) Petitioner virtually admitted, on the stand, to the elements of the offense, and his only argument was the DEA, not the confidential informant, forced him to purchase the full kilogram of heroin.

The United States otherwise re-incorporates its prior response to the petitioner's motion, doc. 7, and all the arguments made therein. For reasons set forth herein and in the United States' prior response, the Court should deny the petitioner's motion to vacate.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Charles D. Schmitz*
      Charles D. Schmitz
      Assistant United States Attorney
      United States Attorney No. 159
      2110 First Street, Suite 3-137
      Ft. Myers, Florida 33901
      Telephone: (239) 461-2200
      Facsimile: (239) 461-2219
      E-mail: Charles.Schmitz@usdoj.gov

**Norris Williams v. United States      Case No. 2:19-cv-271-FtM-38CM**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Robert Peter Harris
Rharris@robertharrislawfirm.com

*/s/ Charles D. Schmitz*
Charles D. Schmitz
Assistant United States Attorney