United States District Court

Middle District

(Fort Myers Division)

FILED

2020 DEC -7 PM 12: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Norris Williams

    Petitioner,

Case No: 2:19-cv-271-FtM-38MRM

V.

United States of America

    Respondant

## Motion for Appeal

Comes now Petitioner Norris Williams "Mr Williams" who file this motion *Pro se* prays that this court Construe this motion liberally *see* Haines v Kerner 404 U.S. 519 (1972). Mr Williams respectfully files this motion for appeal based on 28 U.S.C 1291, Mr Williams files this appeal for the judgement that was rendered on October 30, 2020.

Certificate of Service

I Norris Williams Certify that a true and correct copy have been sent to Ausa on This Day of 25 day of November 2020.

David Lazarus

United States Attorney' office

Room 3-137

2110 First street

Fort Myers Florida,33901

Respectfully Submitted

Norris Williams 33221-018

Federal Correctional Complex Medium

PO BOX 1032

Coleman Florida 33521