UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORRIS WILLIAMS,

    Petitioner,

v.                                      Case No.: 2:19-cv-271-FtM-38MRM

UNITED STATES OF
AMERICA,

    Respondent.
_____/

## **ORDER**

    Before the Court is Petitioner Norris Williams' Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 21), which the Court interprets as a motion for leave to proceed *in forma pauperis* on appeal. The Court denied Williams' Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and entered judgment. When the Court denied William's § 2255 motion, it also denied a certificate of appealability and leave to appeal *in forma pauperis*. (Doc. 17). Williams' Application followed.

    In addition to being moot due to the Court's earlier denial of leave to appeal *in forma pauperis*, Williams' Application fails to satisfy Federal Rule of Appellate Procedure 24(a) because Williams has identified no meritorious issues to raise on appeal. Williams thus must pay the appellate filing and docketing fees. *See* 28 U.S.C. § 1915(a)(3). Because the Court has denied

leave to proceed on appeal *in forma pauperis*, any request to proceed *in forma pauperis* should be sent directly to the Eleventh Circuit Court of Appeals. *See* Fed. R. App. P. 24(a)(5).

Accordingly, it is

**ORDERED:**

1. Petitioner Norris Williams' Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 21) is **DENIED**.

2. The Clerk is **DIRECTED** to send a copy of this Order to the Clerk for the Eleventh Circuit.

**DONE and ORDERED** in Fort Myers, Florida on January 6, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record