IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14588-C

_____

NORRIS WILLIAMS,

                                                                      Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                                                      Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

      To merit a certificate of appealability, Norris Williams must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues that he seeks to raise. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Because Williams has failed to make the requisite showing, his motion for a certificate of appealability is DENIED.

      Williams's motion for leave to proceed on appeal *in forma pauperis* is DENIED AS MOOT.

                                                                     /s/ Charles R. Wilson
                                                UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 20, 2021

Clerk - Middle District of Florida
U.S. District Court
U.S. Courthouse and Federal Building
2110 1ST ST
FORT MYERS, FL 33901

Appeal Number: 20-14588-C
Case Style: Norris Williams v. USA
District Court Docket No: 2:19-cv-00271-SPC-MRM
Secondary Case Number: 2:15-cr-00149-SPC-MRM-1

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C/gmp
Phone #: (404) 335-6186

Enclosure(s)

DIS-4 Multi-purpose dismissal letter