UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORRIS WILLIAMS,

     Petitioner,

v.                                                    Case No.:  2:19-cv-271-SPC-MRM

UNITED STATES OF AMERICA,

     Respondent.
_____/

### OPINION AND ORDER

Before the Court is Petitioner Norris Williams' Motion to the Court Giving Notice of Intent to Appeal the District Court's Denial of Movant's Fed. R. Civ. Proc. Rule 60(b)(6) (Doc. 30), which the Court liberally construes as a motion for a certificate of appealability.  Williams commenced this action in 2019 by filing a motion to vacate his conviction in Case No. 2:15-cr-149-SPC-KCD under 28 U.S.C. § 2255.  The Court denied Williams' § 2255 motion, the Eleventh Circuit denied Williams' request for a certificate of appealability, and the Supreme Court denied certiorari.  Years later, the Court denied Williams' Rule 60(b)(6) motion because it was an improper attempt to relitigate his § 2255 motion.  Williams is now attempting to appeal that decision.  Because courts at each level of the federal judicial system have already rejected or declined to hear Williams' claims, relitigating them would be a waste of judicial

resources.  The Court thus **denies** Williams' construed motion for a certificate appealability (Doc. 30).  The Court also certifies that Williams is not taking this appeal in good faith, so he may not appeal *in forma pauperis*.

      **DONE** and **ORDERED** in Fort Myers, Florida on June 27, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1

Copies:     All Parties of Record
              Eleventh Circuit Clerk